[No. 45237-1-I.   Division One.   June 11, 2001.]

THE STATE OF WASHINGTON *on the relation of Samatha Eileen Starr*, ET AL., *Respondent*, v. FRANK BAKER, *Respondent*, TAMI SUE STARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-5-01925-5, Jim Bates, J., entered August 24, 1999. *Affirmed* by unpublished per curiam opinion.